An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LONNIE LEE BANARK,
                          Appellant,
        vs.
THE STATE OF NEVADA,
                          Respondent.

No. 69240

FILED

DEC 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
        Saitta

_____, J.
        Gibbons

_____, J.
        Pickering

15-38357

cc:     Hon. Michael Villani, District Judge
        Eric G. Jorgenson
        Lonnie Lee Banark
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A